Richard Van Wyck Thorne and Others, Appellants, v. Henry T. Carey and Others, as Executors and Trustees under the Last Will and Testament of George Winthrop Thorne, Deceased, and Others, Respondents, Impleaded with Others. — Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas, Rich and Carr, JJ., concurred.

Union Bank of Brooklyn, Respondent, v. Plaza Amusement Company and Aaron Potruch, Defendants, and Samuel Jonas, Appellant.— Orders of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Gordon O. Warren, Respondent, v. Charles I. Purdy, as Executor, etc., of Henry Terry, Deceased, Appellant.— We think that this judgment cannot stand. Conceding that the evidence could justify the conclusion that the claim was based upon certain charges which were discharged by the claimant, yet the evidence